UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOILA MARGARITA AREVALO-BARDALES,<br><br>                    Petitioner,<br><br>        v.<br><br>ERNESTO SANTACRUZ, JR., et al.,<br><br>                    Respondents. | Case No. 5:26-cv-01886-SRM-AJR<br><br>**ORDER PRESERVING THIS COURT'S JURISDICTION OVER PETITIONER'S HABEAS PETITION** |

To preserve this Court's jurisdiction pending a ruling in this matter, Petitioner must not be removed to a location outside the jurisdictional boundaries of the United States District Court for the Central District of California during the pendency of this action unless and until the Court orders otherwise. *See Cal. Energy Comm'n v. Johnson*, 767 F.2d 631, 634 (9th Cir. 1985) ("The All Writs Act, 28 U.S.C. § 1651(a), empowers the federal courts to issue writs of mandamus necessary to protect their prospective jurisdiction."). Further, to ensure Petitioner has adequate access to legal counsel pending a ruling on the petition, Petitioner must not be transferred except to a facility within the Central District of California, absent further order from this Court. *See United States v. United Mine Workers of Am.*, 330 U.S. 258, 293 (1947) (stating that the District Court has "the power

-1-

to preserve existing conditions while . . . determining its own authority to grant injunctive relief").

**IT IS SO ORDERED.**

Dated: May 8, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-2-