JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ZOILA MARGARITA AREVALO-BARDALES,

                  Petitioner,

     v.

ERNESTO SANTACRUZ JR., ET AL.,

                  Respondents.

Case No. 5:26-cv-01886-SRM-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, the Petition is **GRANTED**. Respondents shall immediately release Petitioner from custody subject only to any condition of release that was in place prior to Petitioner's detention on April 8, 2026, and immediately return any confiscated property and documents to Petitioner. Respondents shall not re-detain Petitioner without providing at least seven days notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community (for the avoidance of doubt, the Immigration

Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard).  Respondents shall file a notice of compliance within 24 hours.


DATED: May 15, 2026

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

2